UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

Case: 1:25-cv-03671
Assigned To : Unassigned
Assign. Date : 10/15/2025
Description: Pro Se Gen. Civ. (F-DECK)

Plaintiff: Arkan Al-Sammarraie
Defendants: The Islamic Republic of Iran; The Islamic Revolutionary Guard Corps (IRGC); and affiliated militias including:

1. Kata'ib Al-Imam Ali
2. Asa'ib Ahl al-Haq
3. Kata'ib Hezbollah (Iraq)
4. Liwa al-Yawm al-Maw'oud
5. Kata'ib Ruh Allah Isa ibn Maryam

**COMPLAINT UNDER THE FOREIGN SOVEREIGN IMMUNITIES ACT (FSIA)**
(28 U.S.C. §§1602–1611, including §1605A – Terrorism Exception)
Date: October 15, 2025

## I. JURISDICTION AND VENUE

1. This lawsuit is filed pursuant to §1605A of the Foreign Sovereign Immunities Act (FSIA), which removes sovereign immunity from states designated as sponsors of terrorism.

2. The Islamic Republic of Iran has been designated as a State Sponsor of Terrorism by the U.S. Department of State since 1984.

3. The acts set forth in this complaint—including bombings, assassination attempts, threats, extortion, and psychological harm—were committed by entities and militias funded and directed by the Islamic Revolutionary Guard Corps (IRGC) operating within Iraq.

4. Venue is proper before the United States District Court for the District of Columbia pursuant to 28 U.S.C. §1391(f)(4), as the defendants are foreign states not subject to personal jurisdiction in any other district.

**RECEIVED**

OCT 15 2025

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## II. BACKGROUND OF THE PLAINTIFF

5. I, Arkan Al-Sammarraie, am a Belgian citizen of Iraqi origin, residing lawfully in the United States under the SIV program with legal status SQ1.

6. From 2003 to 2009, I worked directly with U.S. Forces in Iraq, providing advice, assistance, and support during Operation Iraqi Freedom and subsequent counterterrorism and stabilization efforts.

7. Due to my cooperation with U.S. Forces, my family and I became direct targets of Iran-backed militias in Iraq.

## III. FACTS AND CHRONOLOGY

A. Early Targeting and Family Loss (2003–2007)

8. In July 2003, my younger brother was assassinated by operatives affiliated with Kata'ib Hezbollah (Iraq), Asa'ib Ahl al-Haq, and Liwa al-Yawm al-Maw'oud, as part of an organized campaign against my family due to my cooperation with U.S. Forces.

9. Between 2003 and 2009, while serving with U.S. Forces, I survived multiple assassination attempts:

- August 2007: I sustained a permanent disability in my right arm due to an IED planted by Iran-backed militias.
- December 2007: I was shot in my lower left leg by a sniper affiliated with IRGC-backed militias, resulting in lasting disability and chronic pain.

10. In May 2014, my second brother was kidnapped from our home in Baghdad and publicly executed by members of Asa'ib Ahl al-Haq and Kata'ib Hezbollah (Iraq).

B. Continuing Threats After Service (2009–2023)

11. I received repeated threats from Kata'ib Hezbollah (Iraq), Asa'ib Ahl al-Haq, Liwa al-Yawm al-Maw'oud, and Kata'ib al-Imam Ali and its brigades.

12. These threats forced me to flee Iraq and seek asylum in Europe, where Iranian agents and proxies continued to harass and psychologically target me through repeated entrapment attempts in Belgium and Germany.

---

**C. Entrapment, Extortion, and Transnational Terrorism in the United States (2022–2023)**

13. After arriving in the United States in July 2022 under the SIV program, I was entrapped and blackmailed by an American woman with the initials (A.T.), acting on behalf of an officially designated terrorist proxy, Kata'ib al-Imam Ali.

14. Within one month, she exploited my trust to record private material and collect sensitive information about me, my past work, and my family. She transmitted this information to militia leaders in Iraq and Iran, including Shibl al-Zaydi, Mohammed al-Baawi, Raed al-Kar'awi, and Ayoub Faleh Hassan al-Rubaie (Abu Azrael)—all of whom are sanctioned by the U.S. Treasury Department.

15. In a documented WhatsApp call, Shibl al-Zaydi informed me that Mohammed al-Baawi and Abu Azrael would contact me directly, demanding that I cease all legal action against Iran and threatening to release the sexual material obtained from A.T., among other demands.

16. These acts constitute psychological terrorism and transnational extortion, fully documented with the Federal Bureau of Investigation (FBI).

---

**D. Notification of U.S. Authorities and Failure to Protect**

17. I submitted all evidence and provided full cooperation (recordings, messages, digital data) to the FBI, which acknowledged receipt but failed to provide sufficient protection.

18. I was not enrolled in the Victim and Witness Support Program, leaving me exposed to ongoing threats and psychological harm.

19. This negligence exacerbated my isolation, trauma, and deteriorating physical and mental health.

E. Medical and Psychological Impact

20. Medical and psychological reports confirm that I suffer from:
- Severe and recurrent depression
- Generalized anxiety and chronic insomnia
- Post-Traumatic Stress Disorder (PTSD)
- Asthma, chronic hypertension, and chronic pain in my arm and leg limiting my ability to work.
21. These conditions directly result from the threats, extortion, and persecution carried out by Iran and its proxies.

## IV. LIABILITY OF THE DEFENDANTS

22. Iran bears direct and indirect responsibility for the actions of its agents and terrorist militias as a state sponsor of terrorism.

23. Kata'ib al-Imam Ali, Asa'ib Ahl al-Haq, Kata'ib Hezbollah (Iraq), Liwa al-Yawm al-Maw'oud, and Kata'ib Isa ibn Maryam are U.S.-designated terrorist organizations operating under Iranian direction inside Iraq, with Iraqi governmental support.

24. The Iranian Revolutionary Guard Corps (Quds Force) provides financial, operational, and training support, establishing a direct command chain from Tehran to the perpetrators.

25. These actions constitute extrajudicial killings, attempted assassinations, and cross-border terrorism falling within the terrorism exception of §1605A of the FSIA.

## V. DAMAGES

26. I have suffered:
- Physically: Permanent disability in my arm and leg, and chronic pain.
- Medically: Chronic hypertension.

- Psychologically: Major depression, anxiety, PTSD, and insomnia.
- Financially: Loss of income, inability to work, and total financial deprivation.
- Socially and Security-wise: Family displacement, confiscation of all property, sexual extortion, reputational harm, and social isolation.

27. The damages remain ongoing due to continuous threats from the defendants and their agents.

## VI. LEGAL CLAIMS

28. State-Sponsored Terrorism (§1605A): Holding Iran liable for financing and directing terrorist acts causing physical and psychological injury.

29. Attempted and Extrajudicial Killings: Direct and indirect attacks on me and my family in Iraq and abroad, including within U.S. territory, constituting violations of both international and U.S. law.

30. Intentional Infliction of Emotional Distress: Systematic blackmail and threats against me and my family.

## VII. REQUEST FOR SEALING AND FEE WAIVER

I respectfully request that this complaint and all attachments be filed under seal, should the Honorable Court require submission of recordings, messages, and digital evidence from the FBI, due to security risks and ongoing threats.
The case remains under active FBI investigation (Case No. CE 3733295), including matters concerning the American woman involved (initials A.T.).
I further request In Forma Pauperis status under 28 U.S.C. §1915 due to my inability to pay court fees, having lost all sources of income.

## VIII. EXHIBITS AND FUTURE REPORTS

Documents from the U.S. Departments of Treasury and State regarding terrorism designations, medical and psychological reports, and additional evidence will be filed subsequently in support of this complaint.

## IX. REQUESTED DAMAGES

1. Judgment against Iran and its agents for $250,000,000 in compensation for physical, psychological, medical, and material damages.
2. An additional $100,000,000 for pain and suffering inflicted upon me and my four displaced family households since March 2023.
3. Full waiver of court fees (In Forma Pauperis).
4. Recognition of the validity of this complaint despite the passage of more than ten years, based on delayed legal capacity, with July 14, 2022 considered the start of the limitations period as that was my first arrival date in the United States.
5. Acceptance of the complaint under §1605A of the FSIA as timely filed.
6. Attachments:
   A. Copy of legal residency card (Status SQ1).
   B. Copy of the U.S. Department of State terrorist designation.
   C. Copy of the U.S. Department of Treasury terrorist designation.
   D. Copy of the Federal Register listing.
   E. Copies of medical reports from American and Belgian physicians (initial set).
7. Additional exhibits will be filed subsequently to supplement the complaint as necessary.

Arkan Al-Sammarraie
Address: 1930 18th Street NW, Suite B2 PMB2543
Washington, DC 20009
Phone: +1-832-929-1931
Email: arkan_al.sammarraie@yahoo.com
Date: October 15, 2025



